**In re ANYTHING GOES.**

No. 05–1350.

United States Court of Appeals,
Federal Circuit.

June 28, 2005.

Krishna MUIR, Plaintiff–Appellant,

v.

**NAVY FEDERAL CREDIT UNION, Defendant,**

and

**Patricia L. Dearing, L.L.C.,
Defendant–Appellee.**

No. 05–1372.

United States Court of Appeals,
Federal Circuit.

June 29, 2005.

ON MOTION

*ORDER*

Upon consideration of Krishna Muir's motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

*ORDER*

Upon consideration of the UNOP-POSED MOTION FOR REMAND, filed pursuant to Fed. Cir. R. 27(f), it is hereby ordered that:

(1) the motion is *granted,*

(2) this case is remanded to the Trademark Trial and Appeal Board for further proceedings, and

(3) each side is to bear its own costs.